# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

TONY WILLIAMS, )
)
    Plaintiff, )
)
vs. ) 2:05-cv-0568-RBP-JEO
)
SERGEANT JERRY FRAZIER )
and SERGEANT TONY RICHARDSON, )
)
    Defendants. )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 11, 2005, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

**DATED**, this 3rd day of May, 2005.

                                          **ROBERT B. PROPST**
                         **SENIOR UNITED STATES DISTRICT JUDGE**